32 P.3d 668

# SUPREME COURT OF HAWAI‘I

State v. McCabe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22979    08/09/2001    Reversed in part and Affirmed in part

State v. Faatea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22753    08/22/2001    Vacated and Remanded

Hayes v. Hayes . . . . . . . . . . . . . . . . . . 23146    09/04/2001    Denied    96 Hawaii 261 30 P.3d 275